IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID W. CRITES,
    PLAINTIFF

VS

JOHN LAKIN,
CAPTAIN BOST,
NURSE BOBBY,
UNKNOWN PARTY
    DEFENDANTS

CASE NO. 3:15-CV-00677-JPG-PMF

**FILED**
AUG 2 4 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION SEEKING LEAVE TO FILE AMENED COMPLAINT

COMES NOW DAVID W. CRITES PRO SE ASKING THIS HONORABLE COURT FOR PERMISSION TO LEAVE TO FILE AMENDED COMPLAINT SO I MAY ADD CLAIMS AND DEFENDANTS

SOME COUNTS AND DEFENDANTS WERE DISMISSED ON MIS-JOINER GROUNDS.

AND NOW ACTING UNDER FEDERAL RULE OF CIVIL PROCEDURE 20. SO, I MAY ASK FOR RELIEF AGAINST THEM JOINTLY.

THEREFORE I PRAY THIS HONORABLE COURT WILL GRANT ME SAID LEAVE SO, I MAY AMEND PREVIOUS MOTION

RESPECTFULLY SUBMITTED

David W. Crites
PRO SE