IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID W. CRITES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-cv-00677-JPG-RJD |
| | ) |
| JOHN LAKIN, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on Defendants' Motion (Doc. 50) to Dismiss for Lack of Prosecution which was filed on July 19, 2016. Plaintiff failed to file a response. As such, the Court entered an Order to Show Cause (Doc. 54) waring the plaintiff that failure to file a response to the show cause order may result in the dismissal of this case for lack of prosecution. Again, Plaintiff failed to file a response. However, the Court noted that plaintiff's mail was being returned as undeliverable. A review of the Bureau of Prisons' website indicated that the plaintiff had changed prisons.

Therefore, in an abundance of caution, the Court directed the Clerk of Court to resend the show cause order to plaintiff's new address and extended the plaintiff's response time. Finally, on October 26, 2016, the plaintiff filed a motion to extend the response time to the show cause order beyond the time initially granted by the Court. Although plaintiff did not provide a reason or a basis for the extension, the Court again extended the time for the plaintiff to file a response.

Plaintiff has responded to the Show Cause Order providing various health reasons along with numerous transfers that have caused him to be unable to respond to either the Court or to the defendants' pending motions.

The Court finds sufficient justification for the plaintiff's negligence and also finds that the plaintiff is indigent and unable to competently litigation this matter.  Therefore, Defendants' Motion (Doc. 50) to Dismiss for Lack of Prosecution is **DENIED**.  Magistrate Judge Daly is **DIRECTED** to appoint counsel for the plaintiff and to allow such counsel 30 days after an entrance of appearance to respond to Defendants' Motion (Doc. 27) to Dismiss for Failure to State a Claim.

**IT IS SO ORDERED.**

**DATE:**  11/21/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**