IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID W. CRITES,

Plaintiff,

v.

JOHN LAKIN, CAPTAIN BOST,
ALTON POLICE DEPARTMANT,
JOSEPH SPLITTORFF, MADISON
COUNTY JAIL, UNKNOWN PARTY,
*Madison County Jail Medical Staff,* CITY
OF EDWARDSVILLE, IL, NURSE
BOBBY and LAWRENCE UNFRIED

Defendants.

Case No. 15-cv-677 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 2, 2019**     MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**